IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41127
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD JUDD HOLLOWAY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CR-50-1
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

    Court-appointed counsel for Richard Judd Holloway has filed
a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967),
and we have independently reviewed counsel's brief and the
record, and found no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

_____

    * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.